**No. 57914.**—F. S. Whelan & Sons *v.* United States, protests 179892–K, etc. (Detroit).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 11, 1954

**No. 57915.**—Copeland & Thompson, Inc. *v.* United States, protests 130249–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that certain items described under "A" in paragraph 1 of the stipulation of counsel, except such as may be valued at less than $2.50, consist of china figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the merchandise was held dutiable as follows: (1) As to the items entered or withdrawn from warehouse for consumption prior to May 28, 1950, at 20 percent under paragraph 1547 (a); and (2) as to the items entered or withdrawn from warehouse for consumption subsequent to May 28, 1950, at 10 percent under said paragraph 1547 (a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).

MARCH 8, 1954

**No. 57916.**—Judson Sheldon Division, National Carloading Corporation *v.* United States, protests 185864–K and 185865–K.—C. D. 1581. Motion of Government for rehearing denied.

MARCH 9, 1954

**No. 57917.**—A. Orlikoff and Mexican Artcraft Company *v.* United States, petition 6827–R.— Motion of Government for rehearing denied.